# ALABAMA COURT OF CRIMINAL APPEALS



November 8, 2024

**CR-2024-0337**
James Anthony Slocum v. State of Alabama (Appeal from Calhoun Circuit Court:
CC-16-487.60)

## <u>NOTICE</u>

You are hereby notified that on November 8, 2024, the following action was taken in the above-reference cause by the Court of Criminal Appeals:

Application for Rehearing Overruled.

*Scott Mitchell*

D. Scott Mitchell, Clerk